Linda M. Haupt
1831 Cypress Greens Ave.
Henderson, NV 89012
(813) 777-2813
Pro se
    AND
Cynthia G. Sanford
P.O. Box 3278
Pahrump, NV 89041
(775) 209-5059
Pro se

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LINDA M. HAUPT AND )<br>CYNTHIA G. SANFORD )<br>    Plaintiffs, )<br>v )<br>)<br>STATE OF NEVADA APWU, )<br>APWU LOCAL #7156-SUBSUMED, )<br>By State APWU, NATIONAL APWU )<br>    Defendant ) | 2:14-cv-02175-APG-GWF |

### CERTIFICATE OF INTERESTED PARTIES

The plaintiff's certify that the only interest in this claim is regarding the finding of conspiracy and that interest is held by the USPS. Other than this there are no known interested parties other than those participating in the case.

These representations are made to enable judges of the Court to evaluate possible disqualifications or recusal.

*Linda M. Haupt* (signature)
Linda M. Haupt

*Cynthia G. Sanford* (signature)
Cynthia G. Sanford