FILED ✓
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

APR 1 6 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

1  Linda M. Haupt
   1831 Cypress Greens Ave.
2  Henderson, NV 89012
   (813) 777-2813
3  Pro se
        AND
4  Cynthia G. Sanford
   P.O. Box 3278
5  Pahrump, NV 89041
   (775) 209-5059
6
   Pro se
7

8          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEVADA
9

10  LINDA M. HAUPT AND                )        14-CV-2175
    CYNTHIA G. SANFORD                )
11              Plaintiffs,           )
                                      )
12         v                          )
                                      ) NOTIFICATION OF PROOF OF SERVICE
13  STATE OF NEVADA APWU              )
    APWU LOCAL #7156-SUBSUMED,        )
14  By State APWU, NATIONAL APWU      )
                Defendant             )
15  _____)

16  The plaintiffs hereby provide proof of service on the defendants. The proofs are attached.

17

18  _____
19  Cynthia G. Sanford

20

21

22

23

24

25

26

27

28

1

CERTIFICATE OF SERVICE

I certify that the foregoing NOTIFICATION OF PROOF OF SERVICE was filed with the Court Clerks Office and served via U.S. mail on April 16, 2015 to the following:

APWU National
1300 L Street
Washington, DC 20005

State APWU
P.O. Box 19777
Las Vegas, NV 89132

Dated this 16th day of April, 2015,

Cynthia G. Sanford

2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:14-cv-02175-APG-GWF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   State A.P.W.U

was received by me on *(date)*   4-9-2015          .

☒ I personally served the summons on the individual at *(place)*   Joe Lewis/President
2620 E. Sunset Rd

on *(date)* 4-9-2015   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                   , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                   , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                   ; or

☐ I returned the summons unexecuted because                                   ; or

☐ Other *(specify):*


My fees are $   —   for travel and $   —   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 4-9-15

_____
Server's signature

Rosemary Garity
Printed name and title

3231 N. Florenza St. Pahrump, NV 89060
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   National APWU

was received by me on *(date)*  *APRIL 13, 2015* .

☒ I personally served the summons on the individual at *(place)*  *150 E. Colorado Blvd #208, PASADENA, CA 91105*   on *(date)*  *04/15/2015* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $  *29⁷⁷*  for travel and $  *0⁰⁰*  for services, for a total of $  *29.00* .

I declare under penalty of perjury that this information is true.

Date:  *04/15/15*                          _____
                                                      *Server's signature*

                                         *GABIK L. HARUTYUNYAN, REGISTERED*
                                                      *Printed name and title*  *PROCESS SERVER*

                                         *150 S. GLENOAKS BLVD #9316*
                                                      *Server's address*
                                         *BURBANK, CA 91502*

Additional information regarding attempted service, etc: