Paul L. More, SBN 9628
McCRACKEN, STEMERMAN & HOLSBERRY
1630 S. Commerce Street
Las Vegas, NV 89102
Telephone: (702) 386-5107
Fax: (702) 386-9848
E-Mail: pmore@dcbsf.com

Arlus J. Stephens, pro hac vice
Divya Vasudevan, pro hac vice
MURPHY ANDERSON PLLC
1701 K Street NW, Suite 210
Washington, DC 20006
Telephone: (202) 223-2620
Fax: (202) 296-9600
E-Mail: astephens@murphypllc.com
        dvasudevan@murphypllc.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LINDA HAUPT, et al.,<br><br>      Plaintiffs,<br><br>vs.<br><br>STATE OF NEVADA APWU, et al.,<br><br>      Defendants. | Case No. 2:14-cv-2175-APG-GWF<br><br>**STIPULATION AND**<br>**ORDER TO DISMISS COMPLAINT**<br>**WITH PREJUDICE**<br>**[L.R. 7-1]** |

The parties hereto, by and through their undersigned counsel, and pursuant to Local Rule 7-1 hereby jointly stipulate to dismissal with prejudice of the Complaint in this action, each side to bear its attorneys' fees and costs incurred in this action.

This Stipulation does not reflect Plaintiffs' views on the merits of this case. Rather, Plaintiffs enter into this Stipulation for personal reasons.

IT IS SO ORDERED this 25th day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| MURPHY ANDERSON PLLC | McCRACKEN, STEMERMAN & HOLSBERRY |
| By: */s/ Divya Vasudevan* <br> Arlus J. Stephens, pro hac vice <br> Divya Vasudevan, pro hac vice <br> 1701 K St., NW, Suite 210 <br> Washington, D.C. 20006 <br><br> *Attorneys for National & State APWU* | By: */s/ Paul More* <br> Paul More, SBN 9628 <br> 1630 S. Commerce St <br> Las Vegas, NV 89102 <br><br> *Attorney for National & State APWU* |
| By: */s/ Cynthia Sanford* <br> Cynthia Sanford <br> P.O. Box 3278 <br> Pahrump, NV 89041 <br><br> *For pro se plaintiff* | By: */s/ Linda Haupt* <br> Linda Haupt <br> 1831 Cypress Greens Ave. <br> Henderson, NV 89102 <br><br> *For pro se plaintiff* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____